1  PHILLIP A. TALBERT
   United States Attorney
2  PETE K. THOMPSON, HI 5890
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
4  ELLINOR R. CODER, CA 258258
   Special Assistant United States Attorney
5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (510) 970-4814
       Facsimile: (415) 744-0134
7      E-Mail: Ellinor.Coder@ssa.gov
8  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MARC SCHNEIDER,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:21-cv-01725-KJM-DMC<br><br>*NUNC PRO TUNC* MOTION AND ORDER FOR AN EXTENSION OF TIME |

Defendant respectfully moves the Court for an extension to respond to Plaintiff's Motion for Summary Judgment (Doc. 13) by six days, to July 7, 2022.  This is the first request to move Defendant's deadline; however, this case was previously stayed per General Order 615.

Defendant acknowledges that this motion and attendant filing comes after the deadline of July 1, 2022 per the Court's Scheduling Order (Doc. 11).  The undersigned apologizes to Plaintiff and the Court for this error.  The undersigned prepared Defendant's brief prior to the deadline, but neglected to draft the Table of Authorities and file the brief timely while attending to other deadlines on June 30, 2022 and July 5, 2022.  The undersigned realized this error in the course of filing another merits brief on July 6, 2022. The undersigned immediately drafted an e-

mail message to Plaintiff's counsel asking for Plaintiff's stipulation to a short extension to correct this error, but due to malfunctions with Microsoft Outlook that the undersigned was attempted to resolve over the course of the evening, the message was not transmitted to Plaintiff's counsel until well after business hours on July 6th.

Defendant does not know Plaintiff's position on this motion.  The undersigned was unable to reach Plaintiff's counsel by telephone on July 7th, and as of the time of filing has not received a response to her e-mail communication, presumably due to its late hour.

Given the overdue status of this brief, the undersigned filed the Commissioner's cross-motion for summary judgment and this motion seeking an extension *nunc pro tunc*.  Again, the undersigned apologizes to Plaintiff and the Court for this administrative oversight, and respectfully requests a short extension to rectify it.  This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

Dated: July 7, 2022

PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

For good cause shown, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 11, 2022, to respond to Plaintiff's Motion for Summary Judgment.  Defendant's cross-motion filed on July 7, 2022, is deemed timely.

Dated:  July 8, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE